U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 28 2020
AT____O'CLOCK
John M. Domurad, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   5:20-CR-202 (NAM) |
| | ) | |
| v. | ) | **Superseding Indictment** |
| | ) | |
| TYRONE PARKER, JR. a/k/a "Ty," a/k/a "Cheese," a/k/a "Little Thigh," | ) ) | Violations:   18 U.S.C. § 1349  [Conspiracy to Commit Bank Fraud] |
| | ) | 18 U.S.C. § 1028A |
| JOSHUA MALLORY, a/k/a "P," a/k/a "Pudge," | ) ) | [Aggravated Identity Theft] |
| | ) | |
| TYRONE PARKER, a/k/a "Tyron Parker," a/k/a "Thigh," | ) ) ) | 13 Counts |
| | ) | |
| RANDALL TAYLOR, a/k/a "Gucci," a/k/a "Guwop," | ) ) | |
| | ) | |
| CEDRIC LYNCH, a/k/a "City," a/k/a "C," | ) ) | |
| | ) | |
| TERRELL MCDONALD, a/k/a "Ruger," a/k/a "Moon" | ) ) | |
| | ) | |
| KEYSHAWN ARNOLD, a/k/a "Key," | ) | |
| | ) | |
| ROBERT NATSON, a/k/a "Big Rob," and | ) ) | |
| | ) | |
| GARY GRIER, a/k/a "G," | ) ) | |
| Defendants. | ) | County of Offense:   Onondaga |

### THE GRAND JURY CHARGES:

**Manner and Means of the Conspiracy**

1. The defendants, **TYRONE PARKER JR., JOSHUA MALLORY, TYRONE PARKER, RANDALL TAYLOR, CEDRIC LYNCH, TERRELL MCDONALD, KEYSHAWN ARNOLD, ROBERT NATSON, and GARY GRIER** were involved together in a fraud scheme known as "Felony Lane Gang."

2. Felony Lane Gang fraud schemes are characterized by members of the conspiracy using stolen identification from one victim to conduct fraudulent transactions using checks and credit cards stolen from another victim. The mobile identity theft ring travels across the country breaking into cars, often targeting those parked by women at locations such as health and fitness centers, daycares, outdoor recreational parks, and dog parks.

3. Felony Lane Gang schemes are also characterized by the similarity of the so-called "smash-and-grab" vehicle thefts—in which members of the conspiracy shatter vehicle windows using a window punch; often leave behind valuable electronics; and discard purses near the theft, which are found missing debit cards, credit cards, check books, and photo identifications. Members of the conspiracy later use many of those same missing identity documents to commit bank fraud, sometimes years later.

4. The leaders of the scheme recruit women, whom they often refer to as "faces," to impersonate the smash-and-grab victims in drive-through bank lanes. The recruited check cashers are almost always suffering from an addiction to a controlled substance and are provided payment at least partially in narcotics.

5. In the course of the Felony Lane Gang scheme here, the defendants, **TYRONE PARKER JR., JOSHUA MALLORY, TYRONE PARKER, RANDALL TAYLOR, CEDRIC LYNCH, TERRELL MCDONALD, KEYSHAWN ARNOLD, ROBERT NATSON, and GARY GRIER,** were collectively involved in more than 700 smash-and-grab thefts and approximately 1,000 fraudulent bank transactions in the Northern District of New York and all over the country, with losses exceeding $1.5 million dollars.

## COUNT ONE
### [Conspiracy to Commit Bank Fraud]

6. Paragraphs 1 through 5 are hereby realleged and incorporated as if fully set forth herein.

7. From at least in or about 2015 up to and including at least in or about August 2020, in Onondaga & Albany Counties in the Northern District of New York, and elsewhere, the defendants, **TYRONE PARKER JR., JOSHUA MALLORY, TYRONE PARKER, RANDALL TAYLOR, CEDRIC LYNCH, TERRELL MCDONALD, KEYSHAWN ARNOLD, ROBERT NATSON, and GARY GRIER,** conspired with each other and others to commit bank fraud by knowingly executing and attempting to execute a scheme and artifice to defraud financial institutions, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institutions by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(1) and (2). All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH THIRTEEN
### [Aggravated Identity Theft]

8. Paragraphs 1 through 7 are hereby realleged and incorporated as if fully set forth herein.

9. On or about the date specified as to each count below, in the Northern District of New York and elsewhere, the defendants, **TYRONE PARKER JR., JOSHUA MALLORY, TYRONE PARKER, RANDALL TAYLOR, CEDRIC LYNCH, TERRELL MCDONALD, KEYSHAWN ARNOLD, ROBERT NATSON, and GARY GRIER,** during and in relation to a felony violation contained in Chapter 63 of Title 18 of the United States Code, that is, the bank

fraud conspiracy charged in Count One of this indictment, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the names, identification cards, and bank account numbers of the individuals whose information was transferred, possessed, and used on the dates specified below, and aided and abetted others in doing so, during and in relation to the offense charged in Court One of this indictment. All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

| Count | Defendant(s) | Approximate Date | Individual |
|---|---|---|---|
| Two | JOSHUA MALLORY | November 2016 | L.Q. |
| Three | GARY GRIER | January 2017 | M.B. |
| Four | JOSHUA MALLORY | January 2018 | V.N. |
| Five | TYRONE PARKER JR., KEYSHAWN ARNOLD | June 2019 | K.O. |
| Six | JOSHUA MALLORY | July 2019 | E.B. |
| Seven | TYRONE PARKER JR. | August 2019 | K.S. |
| Eight | KEYSHAWN ARNOLD, TYRONE PARKER JR. | August 2019 | L.D. |
| Nine | CEDRIC LYNCH, TYRONE PARKER | September 2019 | K.S. |
| Ten | CEDRIC LYNCH, ROBERT NATSON | September 2019 | M.C. |
| Eleven | TYRONE PARKER JR., TERRELL MCDONALD | January 2020 | E.S. |
| Twelve | CEDRIC LYNCH, RANDALL TAYLOR | June 2020 | B.M. |
| Thirteen | RANDALL TAYLOR | June 2020 | K.K. |

## FORFEITURE ALLEGATION

10. The allegations contained in Count One of this indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(A).

11. Upon conviction of an offense in violation of Title 18, United States Code, Section 1349, as set forth in Count One of this indictment, the defendants, **TYRONE PARKER JR., JOSHUA MALLORY, TYRONE PARKER, RANDALL TAYLOR, CEDRIC LYNCH, TERRELL MCDONALD, KEYSHAWN ARNOLD, ROBERT NATSON, and GARY GRIER,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 982(a)(2)(A), any property constituting, or derived from, proceeds directly and indirectly as a result of such offenses.

12. If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Dated: August 28, 2020

A TRUE BILL, **NAME REDACTED

_____
Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: _____
Andrew D. Beaty
Assistant United States Attorney
Bar Roll No. 701226